**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
LAINIE MORTON,

                                            **DEFAULT JUDGMENT**
                Plaintiff,                CV 17-6166 (JMA)(AYS)

      - against -

DAVID COHEN and ABOVE ALL BEAUTY,
LLC.,

                       Defendants.
----------------------------------------------------------------X

      An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on March 5, 2019, granting Plaintiff's motion for default judgment against Defendants David Cohen and Above All Beauty, LLC.; directing the Clerk of the Court to enter judgment against the Defendants as follows: Defendants David Cohen and Above All Beauty, LLC., are jointly and severally liable to Plaintiff Lainie Morton for a total of $155,450.31, consisting of $129,500 in compensatory damages and $25,960.31 in interest, plus post-judgment interest calculated pursuant to 28 U.S.C. § 1961; and directing the Clerk of the Court to close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff Lainie Morton's motion for default judgment against Defendants David Cohen and Above All Beauty, LLC., is granted; that Defendants David Cohen and Above All Beauty, LLC., are jointly and severally liable to Plaintiff Lainie Morton for a total of $155,450.31, plus post-judgment interest calculated pursuant to 28 U.S.C. § 1961; and that this case is closed.

Dated: Central Islip, New York
       March 6, 2019

                                                                             DOUGLAS C. PALMER
                                                                             CLERK OF THE COURT
                                                     BY:   /S/ JAMES J. TORITTO
                                                                                 DEPUTY CLERK